AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Duffey, Jr., William S. | 2. Court or Organization  Northern District of Georgia | 3. Date of Report  5/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Court - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,     Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2010  to  12/31/2010 |
| 7. Chambers or Office Address  1721 United States Courthouse  75 Spring Street, S.W.  Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Duffey, Jr., William S.**

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Mary Hall Freedom House, Inc. - Salary |
| 2. | 2010 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. | 2010 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. | 2010 | Random House, Inc. - royalties from copyrights |
| 5. | 2010 | Self-employed writer |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chemonics International, Inc. | 10/23/2010-10/28/2010 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 2. | FJC Educational Terrorism Seminar | 03/03/2010-03/05/2010 | Durham, NC | Seminar | Travel |
| 3. | Texas Tech | 04/15/2010-04/16/2010 | Lubbock, TX | Seminar | Travel |
| 4. | Chemonics International, Inc. | 04/18/2010-04/23/2010 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #2 | | | | | | | | | |
| 2. | -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. | -Franklin Mutual Recovery C | B | Dividend | K | T | | | | | |
| 4. | -Atlanta WTR-A BE | B | Interest | | | Sold | 10/05/10 | K | B | |
| 5. | -Investco VK Emerging Markets C (name change) | | None | K | T | Buy (add'l) | 10/05/10 | J | | |
| 6. | | | | | | Sold (part) | 02/10/10 | J | C | |
| 7. | -Blackrock Global Allocation C | A | Dividend | L | T | Buy (add'l) | 10/05/10 | K | | |
| 8. | | | | | | Sold (part) | 04/28/10 | J | B | |
| 9. | -Investco VK Capital Growth C (name change) | | None | K | T | Sold (part) | 02/10/10 | K | D | |
| 10. | -Investco VK Muni Income C (name change) | A | Dividend | K | T | | | | | |
| 11. | | B | Interest | | | | | | | |
| 12. | IRA #1 | D | Dividend | N | T | | | | | |
| 13. | | B | Interest | | | | | | | |
| 14. | -MS Bank Deposit Program | | | | | | | | | |
| 15. | -FHR 2920 WG 5.25% | | | | | Sold | 07/15/10 | J | A | |
| 16. | -Federal National Mtg Assn | | | | | Sold (part) | 12/25/10 | J | A | |
| 17. | -Franklin Income C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -AIPABSRT | | | | | | | | | |
| 19. -Investco Equal Wghtd S&P 500 C (name change) | | | | | Buy (add'l) | 06/30/10 | J | | |
| 20. -Wells Fargo Company | | | | | | | | | |
| 21. -Duke Energy Corp | | | | | | | | | |
| 22. -Wellpoint Inc | | | | | | | | | |
| 23. -Caterpillar FINL | | | | | | | | | |
| 24. -Dell Inc | | | | | | | | | |
| 25. -Rio Tinto Finance USA Limited | | | | | | | | | |
| 26. -General Electric Capital Corp | | | | | | | | | |
| 27. -Morgan Stanley | | | | | | | | | |
| 28. -Comcast Corp New | | | | | | | | | |
| 29. -Goldman Sachs Group Inc | | | | | | | | | |
| 30. -Marathon Oil Corp | | | | | | | | | |
| 31. -Verizon Communications | | | | | | | | | |
| 32. -Glaxosmithkline Cap Inc | | | | | | | | | |
| 33. -Kraft Foods Inc | | | | | | | | | |
| 34. -Tyco International Finan | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AT&T Inc | | | | | | | | | |
| 36. -Metlife Inc | | | | | Sold | 03/29/10 | J | A | |
| 37. -Boeing Co | | | | | | | | | |
| 38. -CVS Caremark Corp | | | | | | | | | |
| 39. -Indiana Michigan Power | | | | | | | | | |
| 40. -Altria Group Inc | | | | | | | | | |
| 41. IRA #2 | A | Interest | M | T | | | | | |
| 42. -MS Bank Deposit Program | | | | | | | | | |
| 43. -AIPABSRT | | | | | | | | | |
| 44. -Keyworth Bank | | | | | | | | | |
| 45. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 46. -Investco VK Corporate Bond C (name change) | | | | | | | | | |
| 47. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 48. -Investco VK Growth & Income C (name change) | | | | | | | | | |
| 49. NW Mutual Estate CompLife | | None | L | T | | | | | |
| 50. NW Mutual 65 Life | | None | L | T | | | | | |
| 51. K & S Investments | B | Interest | J | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | | | | | |
| 53. | B | Distribution | | | | | | | |
| 54. C & B Capital I, L.P. * | A | Interest | K | U | | | | | |
| 55. | B | Distribution | | | | | | | |
| 56. C & B Capital II, L.P. ** | A | Interest | L | U | | | | | |
| 57. | A | Distribution | | | | | | | |
| 58. | A | Dividend | | | | | | | |
| 59. Betsy Byars, Inc. | | None | M | W | | | | | |
| 60. Gold coins | | None | K | T | | | | | |
| 61. Brokerage Account #1 | | | | | | | | | |
| 62. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 63. -One GA Bk | | None | J | T | Buy | 02/11/10 | J | | |
| 64. -Blackrock National Muni C | B | Interest | | | Sold | 12/17/10 | K | D | |
| 65. -Van Eck Intl Inv Gold FD A | C | Dividend | K | T | Buy | 02/19/10 | K | | |
| 66. -Dreyfus Intermediate Muni BD | A | Interest | | | Buy | 02/22/10 | K | | |
| 67. | | | | | Sold | 12/17/10 | K | A | |
| 68. -American WA Mutual A | A | Dividend | | | Buy | 02/19/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/17/10 | J | C | |
| 70.   -Evergreen NC Muni BD A | C | Int./Div. | | | Buy | 02/19/10 | M | | |
| 71. | | | | | Sold | 12/17/10 | M | D | |
| 72.   Brokerage Account #3 | | | | | | | | | |
| 73.   -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 74.   -Ishares Barclays Tips BD FD | A | Dividend | J | T | | | | | |
| 75.   -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | Sold (part) | 02/10/10 | J | B | |
| 76.   -Ishares S&P 500 Value Index | A | Dividend | K | T | Sold (part) | 02/10/10 | J | B | |
| 77.   -Ishares S&P Midcap 400 Index | A | Dividend | J | T | | | | | |
| 78.   -Nuveen Municipal Value FD INC | A | Dividend | K | T | Sold (part) | 11/10/10 | K | B | |
| 79. | B | Interest | | | | | | | |
| 80. | A | Distribution | | | | | | | |
| 81.   -Vanguard EMRG MKTS ETF | A | Dividend | J | T | Sold (part) | 02/10/10 | J | A | |
| 82.   -Vanguard European ETF | A | Dividend | J | T | Sold (part) | 02/10/10 | J | B | |
| 83.   -Vanguard Pacific ETF | A | Dividend | J | T | | | | | |
| 84.   -Vanauard REIT ETF | A | Dividend | J | T | | | | | |
| 85.   -Blackrock Apex Mun FD Inc | A | Dividend | J | T | Buy | 11/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | A | Interest | | | | | | | |
| 87. -Invesco Muni Inc Opp TR III | A | Interest | J | T | Buy | 11/10/10 | J | | |
| 88. -Ishares Barclays 1-3 Year Cred | A | Dividend | L | T | Buy | 12/27/10 | L | | |
| 89. -SPDR Trust Series 1 | | None | L | T | Buy | 12/27/10 | L | | |
| 90. IRA #3 | E | Dividend | P1 | T | | | | | |
| 91. | A | Interest | | | | | | | |
| 92. | A | Distribution | | | | | | | |
| 93. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 94. -GNMA Pool | | | | | Sold<br>(part) | 12/20/10 | J | A | |
| 95. -Ishares IBOXX Invest GR | | | | | Buy<br>(add'l) | 07/26/10 | J | | |
| 96. -Ishares Barclays Tips BD FD | | | | | Sold<br>(part) | 06/07/10 | J | A | |
| 97. | | | | | Buy<br>(add'l) | 07/26/10 | J | | |
| 98. -Ishares Barclays 1-3 YR TSY BD | | | | | Sold<br>(part) | 06/07/10 | K | A | |
| 99. | | | | | Buy<br>(add'l) | 07/26/10 | J | | |
| 100. -Ishares IBOXX H/Y Corp BND | | | | | Sold<br>(part) | 07/26/10 | J | A | |
| 101. | | | | | Buy<br>(add'l) | 06/07/10 | J | | |
| 102. -Ishares JP Morgan EM Bond FD | | | | | Sold<br>(part) | 07/26/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Ishares MSCI Canada Index FD | | | | | Buy (add'l) | 07/26/10 | J | | |
| 104. -Ishares MSCI Japan Index Fund | | | | | Buy (add'l) | 07/26/10 | J | | |
| 105. -Ishares MSCI Pac EX-JPN IDX | | | | | Sold (part) | 07/26/10 | J | A | |
| 106. -Ishares S&P 500 Value Index | | | | | Sold (part) | 07/26/10 | J | B | |
| 107. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 108. -Ishares S&P 500 GRWTH Index | | | | | Buy (add'l) | 07/26/10 | J | | |
| 109. -Ishares S&P Midcap 400 Index | | | | | Sold (part) | 06/07/10 | K | C | |
| 110. -Ishares SP Smallcap 600 Index | | | | | Sold (part) | 06/07/10 | K | B | |
| 111. -Ishares TR MSCI Small Cap | | | | | Sold (part) | 07/26/10 | J | A | |
| 112. -Powershares DB Comm TRK INC | | | | | Sold (part) | 07/26/10 | J | A | |
| 113. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 114. -Vangaurd EMRG MKTS ETF | | | | | Sold (part) | 07/26/10 | J | B | |
| 115. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 116. -Vangaurd European ETF | | | | | Sold (part) | 07/26/10 | J | A | |
| 117. -Vangaurd Intermediate Term BND | | | | | Sold (part) | 06/07/10 | J | A | |
| 118. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 119. -Vangaurd REIT ETF | | | | | Sold (part) | 07/26/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -JP Morgan HIBRG Stat Mkt Neu A | | | | | Buy | 06/07/10 | L | | |
| 121. -RYDEX/SGI Managed Fut Str A | | | | | Buy | 06/07/10 | K | | |
| 122. One Georgia Bank | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffey, Jr., William S. | 5/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Ownership interest percentage is 0.208971%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
- Central Security Group, Inc.
- VCG, LLC
- Global Care, Inc.
- NuBridges, Inc.
- Alimera Sciences, Inc.
- Focus Receivables Management, Inc.
- Healthmark Partners, Inc.
- Healthcare Solutions, Inc.

**Ownership interest percentage is 0.743396%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
- SnagAJob.com, L.P.
- CBG Holdings, Inc.
- Alimera Sciences, Inc.
- All Web Leads, Inc.
- Brightree, LLC
- Healthcare Solutions, Inc.
- Prommis Solutions, Inc.
- REACH Health, Inc.
- PMW Technologies, Inc. d/b/a PeopleMatter
- SG-BGP, LLC/BPG Holdings, LLC
- Vesdia, Inc.
- Controlscan, Inc.
- Navitas Lease Finance Corp.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544